IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK B. ARONSON, Individually )
on behalf of All Persons )
Similarly Situated, )
                 )
          Plaintiff, )
                 )    **2:04cv705**
     v. )    **Electronic Filing**
                 )
CAPITAL ONE BANK, )    Judge Cercone
THE WESTMORELAND AGENCY, INC., )    Magistrate Judge Hay
                 )
          Defendants. )

## O R D E R

AND NOW, this **20** day of September, 2005, after the plaintiff, Mark B.

Aronson, filed an action in the above-captioned case, and after a Motion to Compel Arbitration

and Stay Action was submitted by defendants, Capital One Bank and The Westmoreland Agency,

Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge

granting the parties ten days after being served with a copy to file written objections thereto, and

no objections having been filed, and upon independent review of the motion and the record, and

upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as

the opinion of this Court,

        IT IS ORDERED that defendant's Motion to Compel Arbitration and Stay Action

[Docket No. 18]  is GRANTED.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                              _____

                              DAVID STEWART CERCONE
                              United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

Clayton S. Morrow, Esquire
Morrow & Morrow, PC
304 Ross Street
Mitchell Building, 7th Floor
Pittsburgh, PA 15219

Rhonda J. Sudina, Esquire
Robb Leonard Mulvihill
2300 One Mellon Center
Pittsburgh, PA 15219

James R. McGuire, Esquire
Rebekah E. Kaufman, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105